Alan R. Ackerman, Esquire (AA9730)
LAW OFFICES OF ALAN R. ACKERMAN
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com

John P. Fuller, Esquire, *pro hac vice pending*
Fuller, Fuller & Associates, P.A.
12000 Biscayne Blvd., Suite 502
North Miami, FL 33181
(305) 891-5199
jpf@fullerfuller.com

Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY
### NEWARK DIVISION

| | |
|---|---|
| **THE INDEPENDENCE PROJECT, INC.**, a New Jersey Non Profit Corporation, and **RONALD MOORE**, Individually, | : : : : |
| Plaintiffs, | : Case No.: 2:17-cv-05052-JMV-MF |
| vs. | : : |
| **REFUGE CAPITAL LLC**, a Foreign Limited Liability Company; and **MUY BRANDS, LLC**, a Foreign Limited Liability Company, | : : : |
| Defendant(s). | : |
| _____/ | |

### NOTICE OF VOLUNTARY DISMISSAL

*(as to Defendant, Refuge Capital LLC)*

**COMES NOW** Plaintiffs, THE INDEPENDENCE PROJECT, INC., a New Jersey Non-Profit Corporation, and Ronald Moore, Individually, by and through undersigned counsel, and herein file this Notice of Voluntary Dismissal as to Defendant, REFUGE CAPITAL LLC, a

Foreign Limited Liability Company.  Nothing herein shall affect the lawsuit against Defendant, MUY BRANDS, LLC.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 14th day of August, 2017, the foregoing document has been electronically filed with the Court via the CM/ECF system, and hereby served via Regular US Mail, to Defendants, Refuge Capital LLC c/o Paracorp Incorporated, 208 W State Street, Trenton, NJ  08608; and MUY BRANDS, LLC, c/o Steve A. Miller, Esq., Fisher & Phillips LLP, 10 South Wacker Drive, Suite 3450, Chicago, IL 60606.

/s/ Alan R. Ackerman
Alan R. Ackerman, Esquire (AA9730)