## UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| THE INDEPENDENCE PROJECT, INC., a New Jersey Non Profit Corporation, and RONALD MOORE, Individually,<br><br>     Plaintiffs,<br><br>v.<br><br>REFUGE CAPITAL LLC, a Foreign Limited Liability Company; and MUY Brands, LLC, a Foreign Limited Liability Company,<br><br>     Defendants. | Civil Action No. 2:17-cv-05052-JMV-MF<br><br>**JOINT STIPULATION OF DISMISSAL** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiffs, The Independence Project, Inc., a New Jersey Non Profit Corporation, and Ronald Moore ("Plaintiffs") and Defendant, MUY Brands, LLC ("Defendant"), stipulate and jointly request that this Court enter a dismissal with prejudice of Plaintiff's Complaint in the above-entitled action, in its entirety. Each party shall bear his or its own costs and attorneys' expenses.

Date: October 13, 2017

            Respectfully submitted,

            s/ *Alvaro Hasani*
            Alvaro Hasani, Esq.
            **FISHER & PHILLIPS LLP**
            430 Mountain Avenue, Suite 303
            Murray Hill, New Jersey 07974
            Phone: (908) 516-1050
            Fax: (908) 516-1051
            ahasani@fisherphillips.com
            Attorney for Defendant

**So Ordered:**

_____  10/16/17  s/ *John P. Fuller*
John Michael Vazquez, U.S.D.J.  Date John P. Fuller
            Fuller, Fuller & Associates, P.A.
            12000 Biscayne Blvd., Suite 502
            North Miami, FL 33181
            Attorney for Plaintiffs